# United States Bankruptcy Court
# Northern District of Illinois
# Eastern Division

In Re:

)
)
)   Bankruptcy Case No.
)
)
)
)
Debtor   )

### ORDER GRANTING MOTION TO WITHDRAW UNCLAIMED FUNDS

**IT IS HEREBY ORDERED** that the Clerk of the United States Bankruptcy Court is directed to pay $_____ to _____ claimant in the above captioned case.

Last Four Digits of Claimant Social Security number or EIN _____ .

_____
**Bruce W. Black**
**United States Bankruptcy Judge**

Dated: July 20, 2016

Payment to be mailed to:

Rev. 09-13-12lh